## Case No. 10,165.

NEW JERSEY MUT. INS. CO. v. BAKER.
[See 94 U. S. 610.]

---

NEW JERSEY MUT. LIFE INS. CO. (DE CAMP v.). See Case No. 3,719.

NEW JERSEY R. CO. (MILNOR v.). See Case No. 9,620.